# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ANGEL R ACOBA | CASE NO: 10-41671 |
| MILAGROS M ACOBA | CHAPTER 13 |
| DEBTORS(S) | JUDGE: JACK B SCHMETTERER |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name of Creditor:**   HSBC MORTGAGE SVCS INC

---

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0011 | 5475234226 6623DAVIS | $ 3,677.83 | $ 3,677.83 | $ 3,677.83 |

Total Amount Paid the Trustee                                                                                    $  3,677.83

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit                              X   Direct by the Debtor(s)

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 02th day of   August, 2012.

| Debtor(s) | Debtors Attorney |
|---|---|
| MILAGROS M ACOBA | |
| ANGEL R ACOBA | SCHNEIDER & STONE |
| 6623 DAVIS ST | 8424 SKOKIE BLVD #200 |
| MORTON GROVE IL 60053 | SKOKIE IL 600770000 |

| Addtional Creditors | Additional Creditors |
|---|---|
| HSBC MORTGAGE SERVICES INC | HSBC MORTGAGE SERVICES |
| % ALDRIDGE CONNORS | PO BOX 21188 |
| 780 JOHNSON FERRY RD NE # 600 | EAGAN MN 55121-4201 |
| ATLANTA GA 30342 | |

Mortgage Arrearage Creditor

HSBC MORTGAGE SVCS INC
636 GRAND REGENCY BLVD
BRANDON FL 33510

Electronic Service US Trustee

Date: August 2, 2012                                /s/ Tom Vaughn

                                                  Tom Vaughn, Chapter 13 Trustee
                                                  Chapter 13 Trustee
                                                  55 East Monroe Street, Suite 3850
                                                  Chicago, Ill   60603